IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 11-0086-05 |
| WILLIAM TRIPP | : | |

**ORDER**

AND NOW, this  20th  day of   March  , 2012, upon consideration of Defendant William Tripp's Motion for Severance (ECF No. 103), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**